MRS. G. H. CONNELL, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 18406. Promulgated April 9, 1929.

*W. A. Bolinger, Esq.*, for the petitioner.
*T. M. Mather, Esq.*, for the respondent.

OPINION.

LITTLETON: The decision in this proceeding is controlled by *J. H. Reese*, 15 B. T. A. 1261, in which similar facts and the same question were involved.

*Judgment will be entered for the petitioner.*

